# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1001**                               **September Term, 2014**

NLRB-01CA039447

**Filed On:** August 7, 2015

Jamison John Dupuy,

      Petitioner

      v.

National Labor Relations Board,

      Respondent

**BEFORE:**    Tatel and Millett, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

It is **ORDERED** that the opinion issued July 17, 2015, be amended as follows:

Page 4, ¶ 3, Line 9, Delete "his hotel and".  Insert in lieu thereof: "some of his". At the end of that sentence add: *See Northeastern Land Services, Ltd.*, 352 NLRB 744, 744–745 (2008)."

Page 4, ¶ 3, Line 10, Delete: "When Northeastern got wind of that disclosure, it". Insert in lieu thereof: "Northeastern".

Page 5, ¶ 1, Line 5, Delete "Fair Labor Standards".  Insert in lieu thereof: "National Labor Relations".

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Ken Meadows
      Deputy Clerk